**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YAUSMENDA FREEMAN,<br><br>    Plaintiff<br><br>v.<br><br>CARELON INSIGHTS, INC.,<br><br>    Defendant | Case No.: 2:24-cv-02373-APG-BNW<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 15] |

On February 23, 2026, Magistrate Judge Weksler recommended that I dismiss without prejudice plaintiff Yausmenda Freeman's claims she brought on behalf of her children because she cannot represent them pro se and dismiss without leave to amend her claims for equitable and injunctive relief because they are not standalone claims. ECF No. 15 at 4.  Freeman did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 15) is accepted.  Freeman's claims brought on behalf of her children are dismissed without prejudice.  Freeman's claims for equitable and injunctive relief are dismissed without leave to amend.

DATED this 13th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE