**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Yausmenda Freeman

        Plaintiff,

  v.

Carelon Insights, Inc., et al.

        Defendant.

Case No. 2:24-cv-02373-APG-BNW

**ORDER**

On April 14, 2026, this Court ordered Plaintiff to complete the USM-285 form for Defendant Carelon Insights, Inc. ("Carelon") and return it to the United States Marshals Service by May 14, 2026. ECF No. 19. On May 28, 2026, the summons issued for Defendant Carelon was returned as unexecuted because the USMS did not receive the completed USM-285 form. ECF No. 21. Thia Court warned Plaintiff that failure to return the USM-285 form may result in dismissal of her claims against Defendant Carelon. ECF No. 19. This Court will afford Plaintiff one last opportunity to effect service on Defendant Carleon and directs her to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for Carelon Insights, Inc. and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 9), and the Court's Screening Order (ECF No. 15).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **July 1, 2026**, to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Carelon Insights, Inc. no later than 20 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Carelon may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: June 1, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE