HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 *(Nevada Office)*
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*
*Attorneys for Defendant Carelon Insights, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| YAUSMENDA FREEMAN, individually and as assignee of her children,<br><br>Plaintiff,<br><br>vs.<br><br>CARELON INSIGHTS, INC. and DOES 2-10,<br><br>Defendants. | Case No. 2:24-cv-02373-APG-BNW<br><br>**DEFENDANT CARELON INSIGHTS, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Amended Complaint Filed: 1/13/2025 |

Defendant Carelon Insights, Inc. ("Carelon"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR 6-2, respectfully moves the Court for an Order enlarging the time permitted for Carelon to file a responsive pleading to the Amended Complaint filed by Plaintiff Yausmenda Freeman ("Plaintiff"). This is the first extension of time requested by Carelon to respond to the Amended Complaint in this matter. In support of this Motion, Carelon states as follows:

1. Carelon was served with the Amended Complaint on June 30, 2026.

2. Carelon's current deadline to respond to the Amended Complaint is July 21, 2026.

3. In order to evaluate this matter and explore the possibility of an early resolution, Carelon respectfully requests a thirty (30) day extension, up to and including August 20, 2026, to file a responsive pleading to the Amended Complaint.

4. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

5. Plaintiff will not suffer any prejudice by the Court permitting Carelon the requested extension of time.

6. Plaintiff has consented to the requested 30-day extension.

7. This is the first request for extension of time for Carelon to file a responsive pleading to the Amended Complaint.

WHEREFORE, Defendant Carelon respectfully requests that the Court grant this Motion and enter an Order extending the deadline for it to file a responsive pleading to the Amended Complaint, up to and including August 20, 2026.

DATED this 16th day of July, 2026.


TROUTMAN PEPPER LOCKE LLP

By: */s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*

*Attorneys for Defendant Carelon Insights, Inc.*


**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2026, I caused to be served a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the parties listed below at their last-known mailing addresses, on the date above written.

Yausmenda Freeman
8209 Swallow Falls Street
North Las Vegas, NV 89085

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: N/A

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Jennifer S. Allen*
An employee of TROUTMAN PEPPER LOCKE LLP



331795122v1